*ANNE McINTYRE *v.* ORINDA McINTYRE.    [135

Divorce—two years' residence—non resident.

A petitioner for a divorce must reside in the state where the petition is filed, and have so resided for two years before.

DIVORCE. The petition was filed in August, 1830—the cause, wilful absence.

*Hubbard* offered evidence that the petitioner was a boatman in 1828, and was principally upon the river. When up, he was occa-

Croy *v.* Ohio.

sionally at Bridgeport, in this county, at boarding. He removed into Virginia, but came over a short time on account of some difficulty; but his place of residence in 1830, when the petition was filed, was in Virginia.

BY THE COURT. You cannot proceed. The petitioner was not a resident of Ohio when he commenced his proceedings, and had not resided in the state two years before; both of which the law requires.

Bill dismissed.